HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT ANDREWS LOOFBOUROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. LOOFBOUROW,<br><br>Defendant. | Case No. 6:25-mj-00052-HBK<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER GRANTING SAME |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Robert Loofbourow, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Mr. Loofbourow agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Loofbourow were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Mr. Loofbourow further agrees that notice to his attorney that his presence is required will be deemed notice to Mr. Loofbourow of the requirement of his appearance at said time and place.

1  DATED: November 21, 2025            */s/ Robert Loofbourow*

3  DATED: November 21, 2025            */s/ Lisa Ndembu Lumeya*
                                        LISA N. LUMEYA
                                        Assistant Federal Defender
                                        Attorney for ROBERT A. LOOFBOUROW

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Robert Loofbourow's motion is GRANTED and his appearance is waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   November 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE